## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Della Mae Zeitler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Wal-Mart Stores Inc., | ) | |
| | ) | Case No. 1:18-cv-055-CSM |
| Defendant. | ) | |

Before the Court is a "Stipulation of Dismissal with Prejudice," filed on November 14, 2018. (Doc. No. 16). The Court **ADOPTS** the stipulation in its entirety (Doc. No. 16) and **ORDERS** that all claims in this matter be dismissed, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to either party.

**IT IS SO ORDERED**.

Dated this 16th day of November, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court